UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 23, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> LARRY J. PRENTICE, <br><br> Defendant. | Case No. 2:18-PO-00014-KJN <br><br> ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>LARRY J. PRENTICE</u>, Case No. <u>2:18-PO-00014-KJN</u>, Charge <u>18 USC § 3146</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- ✔ Release on Personal Recognizance
- \_ Bail Posted in the Sum of $\_\_
    - \_ Unsecured Appearance Bond
    - \_ Appearance Bond with 10% Deposit
    - \_ Appearance Bond with Surety
    - \_ Corporate Surety Bail Bond
- ✔ (Other) <u>USM to release dft on 3/26/2018 at 9:00 a.m. to Probation Officers for transport to Salvation Army.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>March 23, 2018</u> at 3:55 pm.

By _____
Deborah Barnes
United States Magistrate Judge